IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VERITIV LANDSBERG, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-01297 |
| | § | |
| LAWRENCE ZAITER and | § | |
| ERNEST PACKAGING, | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANTS' MOTION TO STRIKE
PLAINTIFF VERITIV LANDSBERG'S NOTICE OF SUPPLEMENTAL
EVIDENCE IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**

Defendants Ernest Packaging ("Ernest") and Lawrence Zaiter ("Zaiter" and, together, "Defendants") file this Motion to Strike ("Motion") Plaintiff Veritiv Landsberg's ("Veritiv") Notice of Supplemental Evidence ("Notice," ECF No. 102) in Support of Veritiv's Amended Motion for Preliminary Injunction ("PI Motion," ECF No. 22) and all attachments to the Notice (ECF Nos. 102-1, 102-2, 102-3, and 102-4).

**RELEVANT BACKGROUND**

Veritiv filed its PI Motion on December 16, 2025. The parties then conducted substantial expedited discovery pursuant to the Court's Order dated December 22, 2025 (ECF No. 28), granting the parties' Joint Motion for Expedited Discovery and to Continue Preliminary Injunction Hearing (ECF No. 27). After expedited discovery closed, the parties submitted further briefing and deposition designations pursuant to the Court's Order dated February 2, 2026 (ECF No. 53). The Court held a hearing on the PI Motion on February 6, 2026. *See* Minute Entry (ECF No. 75). Nearly four months later, Veritiv unilaterally filed—in violation of the Court's local rules—its Notice seeking to expand the evidentiary record relating to the PI Motion.

### ARGUMENT

The Notice and attachments thereto violate the Local Rules and invite never-ending evidentiary supplementation until the Court resolves the PI Motion. The Court should strike the Notice and resolve the PI Motion only on the record properly before the Court. *See Victor F. ex rel. Gene F. v. Pasadena Indep. Sch. Dist.*, 793 F.2d 633, 635 (5th Cir. 1986) (holding district court did not abuse discretion in striking motion not served as required by local rules).

Pursuant to this Court's Local Rules, "[w]hen allegations of fact not appearing in the record are relied upon in support of a motion, all affidavits and other pertinent documents shall be served and filed with the motion." L.R. CV-7(b). Without leave of court, a reply in support of a motion is due within seven days of a response. L.R. CV-7(f). And when a party seeks to introduce new evidence after choosing to move forward with a preliminary injunction hearing, the proper vehicle is a summary judgment motion or a second motion for injunctive relief based on the new evidence. *See M-I, L.L.C. v. Stelly*, No. 4:09-cv-1552, 2009 WL 7797235, at *1 (S.D. Tex. Sept. 2, 2009).

The record relating to the PI Motion closed at the end of the hearing on February 6, 2026, and the Court has not ordered supplemental evidence or briefing. Veritiv nonetheless filed the Notice without seeking leave of Court or conferring with counsel for either of the Defendants. L.R. CV-7(h)-(i), (k). The Notice includes unauthorized briefing and attaches a duplicative email (ECF No. 102-1),[1] untimely and improper deposition designations (ECF Nos. 102-2 and 102-3),[2] and an untimely affidavit (ECF No. 102-4). Veritiv chose to move forward with the hearing on its PI Motion months ago, and the Court should hold it to that decision.

---

[1] By Veritiv's own admission, ECF No. 102-1 duplicates an exhibit already introduced at the hearing. Notice at ¶ 4.
[2] Veritiv did not timely designate deposition testimony of Lawrence Zaiter filed as ECF No. 102-2. *See* ECF No. 53; ECF No. 61 at 1; ECF No. 61-1 at 2. Veritiv also confirmed it was not tendering individual deposition testimony of David Graney at the hearing. (Tr. of Sealed Prelim. Inj. Hr'g 239:10-13). In any event, deposition testimony given by Mr. Zaiter and Mr. Graney in their respective individual capacities is inadmissible under Rule 32. *See* Fed. R. Civ. P. 32(a)(1)(C), (a)(2)-(8) (identifying permissible uses of deposition testimony not applicable here).

Should the Court deny the Motion and include the Notice and its attachments in the record relating to the PI Motion, Defendants respectfully request in the alternative that the Court set a schedule allowing Defendants to file responsive briefing and evidence without waiver of Zaiter's Motion to Compel Arbitration and Stay All Claims Against Zaiter Individually (ECF No. 69) or Ernest's Motion to Compel Arbitration and Stay Proceedings (ECF No. 82).

## CONCLUSION

The Notice and attachments thereto waste judicial resources and unsettle the finality of preliminary injunction proceedings. Defendants respectfully request that the Court grant the Motion and strike Veritiv's Notice of Supplemental Evidence in Support of Veritiv's Amended Motion for Preliminary Injunction) and all attachments to the Notice, and order such other and further relief to which Defendants may be entitled.

Dated: June 11, 2026                                  Respectfully submitted,

                                                      /s/ Julia M. Peebles
                                                      Julia M. Peebles – *Lead Attorney*
                                                          State Bar No. 24096131
                                                          julia.peebles@haynesboone.com
                                                      J. Wilson Miller II
                                                          State Bar No. 24125326
                                                          wilson.miller@haynesboone.com
                                                      HAYNES AND BOONE, LLP
                                                      2801 N. Harwood Street, Suite 2300
                                                      Dallas, Texas 75201
                                                      Telephone:    214-651-5000
                                                      Telecopier:    214-651-5940

                                                      Matthew E. Costello
                                                          California Bar No. 295062
                                                          *Pro hac vice*
                                                          matthew.costello@haynesboone.com
                                                      HAYNES AND BOONE, LLP
                                                      600 Anton Blvd., Ste. 700
                                                      Costa Mesa, California 92626

Telephone:    949-202-3040
Telecopier:    949-202-3140

Stephen B. Rotter
  Colorado Bar No. 37307
  *Pro hac vice*
  stephen@theworkplacecounsel.com
The Workplace Counsel
1401 Lawrence Street, Ste. 1600
Denver, Colorado 80202
Telephone: 303-521-0909

**ATTORNEYS FOR**
**DEFENDANT ERNEST PACKAGING**

*/s/ Robert (Bobby) Lee*
Robert (Bobby) Lee
State Bar No. 00787888
lee@clousebrown.com
CLOUSE BROWN PLLC
4245 North Central Expressway, Suite 350
Dallas, Texas 75205
Telephone: (214) 698-5100
Facsimile: (214) 481-8881

**ATTORNEY FOR**
**DEFENDANT LAWRENCE ZAITER**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Plaintiff Veritiv Landsberg by phone on June 11, 2026 regarding the substance of this Motion. Veritiv's counsel confirmed Veritiv is opposed to the relief sought by this Motion.

*/s/ J. Wilson Miller II*
J. Wilson Miller II

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was served on all counsel of record in accordance with the Federal Rules of Civil Procedure on June 11, 2026.

*/s/ J. Wilson Miller II*
J. Wilson Miller II