IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VERITIV LANDSBERG, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-01297 |
| | § | |
| LAWRENCE ZAITER and | § | |
| ERNEST PACKAGING, | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANT ERNEST PACKAGING'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION
AND STAY PROCEEDINGS AND JOINDER IN DEFENDANT LAWRENCE
ZAITER'S MOTION TO COMPEL ARBITRATION**

In accordance with Local Rule CV-7(k), Defendant Ernest Packaging ("Ernest") files this motion for leave ("Motion for Leave") to file the attached short, supplemental reply in support of its Motion to Compel Arbitration and Stay Proceedings and Joinder in Defendant Lawrence Zaiter's ("Zaiter") Motion to Compel Arbitration ("Motion to Compel Arbitration," ECF No. 82).

Supplemental briefing is appropriate when a party seeks leave of Court based on new evidence. *AutoMedx, Inc. v. Advanced Circulatory Sys., Inc.*, No. 4:15-CV-628, 2016 WL 11975986, at *4 (E.D. Tex. Mar. 10, 2016) (granting motion for leave to file supplemental response to motion to compel arbitration). Ernest's Reply in support of the Motion to Compel Arbitration ("Reply," ECF No. 92) identified Plaintiff Veritiv Landsberg's ("Veritiv") inconsistent positions regarding two identical arbitration agreements. *See* Reply at 2; ECF No. 71 at APP 004-07; ECF No. 92-2 at 10-13. After Ernest filed its Reply, further developments occurred in the California court proceedings involving one of the identical arbitration agreements. These new developments relate to facts introduced in Ernest's Reply and raise now-timely issues of judicial estoppel as to Veritiv's opposition to the Motion to Compel Arbitration. As a result, Ernest respectfully requests the Court grant Ernest's present Motion for Leave.

**DEFENDANT ERNEST PACKAGING'S MOTION
FOR LEAVE TO FILE SUPPLEMENTAL REPLY**                                    **Page 1**

Dated: June 15, 2026

Respectfully submitted,

*/s/ Julia M. Peebles*

Julia M. Peebles – *Lead Attorney*
   State Bar No. 24096131
   julia.peebles@haynesboone.com
J. Wilson Miller II
   State Bar No. 24125326
   wilson.miller@haynesboone.com
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, Texas 75201
Telephone:    214-651-5000
Telecopier:    214-651-5940

Matthew E. Costello
   California Bar No. 295062
   *Pro hac vice*
   matthew.costello@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Blvd., Ste. 700
Costa Mesa, California 92626
Telephone:    949-202-3040
Telecopier:    949-202-3140

Stephen B. Rotter
   Colorado Bar No. 37307
   *Pro hac vice*
   stephen@theworkplacecounsel.com
The Workplace Counsel
1401 Lawrence Street, Ste. 1600
Denver, Colorado 80202
Telephone: 303-521-0909

**ATTORNEYS FOR**
**DEFENDANT ERNEST PACKAGING**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Plaintiff Veritiv Landsberg by phone on June 11, 2026 regarding the substance of this Motion. After a discussion by phone and an opportunity for Veritiv's counsel to consult with its client, Veritiv's counsel confirmed by email that Veritiv is opposed to the relief sought by this Motion. Defendant Lawrence Zaiter is unopposed to this Motion.

*/s/ J. Wilson Miller II*
J. Wilson Miller II

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was served on all counsel of record in accordance with the Federal Rules of Civil Procedure on June 15, 2026.

*/s/ J. Wilson Miller II*
J. Wilson Miller II