**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| VERITIV LANDSBERG, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 4:25-CV-01297 |
| | § | |
| v. | § | |
| | § | |
| LAWRENCE ZAITER AND ERNEST | § | |
| PACKAGING, | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

**PLAINTIFF VERITIV LANDSBERG'S RESPONSE IN OPPOSITION TO DEFENDANT
ERNEST PACKAGING'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY
IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS
AND JOINDER IN DEFENDANT ZAITER'S MOTION TO COMPEL ARBITRATION**

Briefing on Defendants' motions to compel arbitration closed months ago with Veritiv's

Sur-Reply (Dkt. 95). Unwilling to accept that reality, on June 15, 2026, Defendant Ernest

Packaging ("Ernest") sought leave to file a Supplemental Reply, which attaches an April 8,

2026[1] minute order from the *Lemus v. Landsberg Orora* case in California (the "Motion for

Leave," Dkt. 105). Not content with awaiting permission from the Court, however, Ernest

unilaterally proceeded with filing the Supplemental Reply the very next day, in direct violation

---

[1]     Although the *Lemus* order was issued months ago, in a clear "tit-for-tat" move, Ernest only filed its Motion for Leave *after* Veritiv filed Notice of Supplemental Evidence in support of its motion for preliminary injunction (Dkt. 102). If the *Lemus* minute order were truly the game-changing "new evidence" that Ernest now claims it to be, Ernest would have brought it to this Court's attention promptly. Instead, Ernest sat on the minute order for more than two months and only filed its Motion for Leave after Veritiv highlighted Zaiter's continued violations of his Agreement and Ernest's continued interference with the Agreement.

of Local Rule CV-7(f). (Dkt. 106). The Motion for Leave should therefore be denied and the unauthorized Supplemental Reply (Dkt. 106) should be stricken.[2]

The *Lemus* minute order adds nothing new. Ernest already raised the *Lemus* case in its Reply (Dkt. 92), and Veritiv already explained in its Sur-Reply why the *Lemus* case is factually and legally distinguishable from this case. *See* Dkt. 95 at 1-3. The fact that a California court ultimately granted Landsberg Orora's motion to compel arbitration in *Lemus*—on different facts and under different law—does not change any of that, and does not give rise to judicial estoppel or any other basis for supplemental briefing.

In sum, the *Lemus* minute order has no bearing on this dispute, Ernest's two-month delay in raising it confirms that supplemental briefing is being deployed for tactical rather than substantive reasons, and Ernest's improper filing of its Supplemental Reply (Dkt. 106) before this Court ruled on its Motion for Leave only further confirms that leave should be denied. Therefore, Ernest's Motion for Leave is due to be denied and the Supplemental Reply filed without leave of Court at Dkt. 106 should be stricken.

---

[2] Ironically, just days before filing the Motion for Leave, Ernest incorrectly argued that Veritiv's Notice of Supplemental Evidence in support of its motion for preliminary injunction (Dkt. 102) should be stricken for non-compliance with the local rules. Although Ernest's argument is incorrect as detailed in Veritiv's response to the motion to strike (Dkt. 107), Ernest's gamesmanship is unmistakable as their Supplemental Reply filed at Dkt. 106 without leave of Court plainly violates Local Rule CV-7(f) which states that after a sur-reply is filed, "[a]bsent leave of court, **no further submissions on the motion are allowed**." (emphasis added).

326793551v.1

Dated:  June 26, 2026                    Respectfully submitted,

                                         **SEYFARTH SHAW LLP**


                                         By:  */s/ Eric F. Barton*
                                         Lukas Moffett
                                         Texas Bar No. 24116777
                                         **SEYFARTH SHAW LLP**
                                         2323 Ross Ave., Suite 1660
                                         Dallas, Texas 75201
                                         Telephone: (469) 608-6700
                                         Telecopier: (713) 225-2340
                                         lmoffett@seyfarth.com

                                         Attorneys for Plaintiff
                                         VERITIV LANDSBERG

                                         Robert C. Stevens
                                         Georgia Bar No. 24072044
                                         Eric F. Barton (pro hac vice)
                                         Georgia Bar No. 040704
                                         Katherine G. Poirot (pro hac vice)
                                         Georgia Bar No. 886399
                                         1075 Peachtree Street, N.E., Suite 2500
                                         Atlanta, GA  30309-3958
                                         (404) 885-1500
                                         bstevens@seyfarth.com
                                         ebarton@seyfarth.com
                                         kgpoirot@seyfarth.com

                                         Dennis D. Murrell (KY-84017)
                                         Admitted Pro Hac
                                         Gray Ice Higdon, PLLC
                                         3939 Shelbyville Road, Suite 201
                                         Louisville, KY  40207
                                         (502) 625-2717
                                         dmurrell@grayice.com

                                         Attorneys for Plaintiff
                                         VERITIV LANDSBERG

-3-

326793551v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served electronically through the Electronic Case Filing System to the registered participants as identified on the Notice of Electronic Filing on this 26th day of June 2026.

*/s/ Eric F. Barton*

Eric F. Barton
Counsel for Plaintiff

326793551v.1